FEDERAL RESERVE BANK OF RICHMOND, Appellant, v. J. S. DOCKERY and Eugene H. Timanus, as Trustees of Spencer Mills, Inc., Appellees.

In the Matter of SPENCER MILLS, Inc., Debtor.

No. 4471.

Circuit Court of Appeals, Fourth Circuit.

Dec. 2, 1939.

M. G. Wallace, of Richmond, Va., for appellant.

Rufus M. Ward and Donald Russell, both of Spartanburg, S. C., for appellees.

PER CURIAM.

Case dismissed under Rule 23 in accordance with agreement of counsel.

■

FEDERAL SHOE COMPANY, a Corporation, Appellant, v. Isaac W. FELSER and Harry Felser, Copartners Trading as Felser Brothers, Appellees.

No. 4587.

Circuit Court of Appeals, Fourth Circuit.

Jan. 13, 1940.

G. W. S. Musgrave, of Baltimore, Md., and Ludwig M. Wilson, of New York City, for appellant.

Samuel J. Aaron and Edward L. Ward, both of Baltimore, Md., for appellees.

PER CURIAM.

Motion of appellant for extension of time to complete record, etc., denied and appeal dismissed. Order filed.

■

Joey FERRERA, Appellant, v. UNITED STATES of America, Appellee.

No. 4636.

Circuit Court of Appeals, Fourth Circuit.

April 10, 1940.

Henry Bane, of Durham, N. C., for appellant.

Carlisle W. Higgins, U. S. Atty., of Greensboro, N. C., for appellee.

PER CURIAM.

Case docketed and dismissed on motion of appellee. Order filed.

■

FIRST & MERCHANTS NATIONAL BANK OF RICHMOND, Appellant, v. VIRGINIA HOT SPRINGS, Incorporated, Appellee.

No. 4643.

Circuit Court of Appeals, Fourth Circuit.

July 16, 1940.

John H. Bocock, of Richmond, Va., for appellant.

Frank W. Rogers, of Roanoke, Va., for appellee.

PER CURIAM.

Cause remanded. Order filed.